# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN PRESLEY AND LULA PRESLEY,<br><br>Plaintiffs,<br><br>v.<br><br>DOMETIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 1:20-CV-00218 SNLJ |

## JUDGMENT IN A CIVIL CASE

Pursuant to Defendant's Rule 68 Offer of Judgment (Doc. 44) and Plaintiffs' Notice of Acceptance (Doc. 45), the parties agree to allow Judgment to be entered against Defendant in this action in the amount of one hundred thousand dollars ($100,000.00), thereby forever resolving all of Plaintiffs' claims for relief set forth in Plaintiffs' Amended Complaint (Doc. 15) including, but not limited to, the events and claims in Counts I through V and claims for all damages including punitive damages alleged therein, and including all injuries, losses and/or damages arising from or which in any way relate to the RV fire and/or the Dometic-branded gas absorption refrigerator which Plaintiffs now have or claim to have, or which may hereafter accrue or otherwise be acquired. This Rule 68 Offer of Judgment is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiffs have suffered any damages.

By accepting this Offer of Judgment, Plaintiffs agree to satisfy the subrogation interests of any of their insurers that indemnified or will indemnify Plaintiffs as a result

of the events and claims alleged in Plaintiffs' Amended Complaint, including, but not limited to, Progressive Direct Insurance Company (Claim No. 17-1865232). If any such subrogation interest is not satisfied, Plaintiffs agree that they will defend, protect, hold harmless and indemnify Defendant if any subrogee asserts or attempts to assert any claim, demand, right and/or obligation by reason of the events and claims alleged in Plaintiffs' Amended Complaint.

Accordingly, judgment is hereby entered in favor of the plaintiffs Stephen Presley and Lula Presley and against Dometic Corporation in the amount of $100,000, inclusive of all damages, and this matter in all other respects is dismissed with prejudice.

Dated this 22d day of November, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE